UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROY LLOYD,<br><br>        Plaintiff,<br><br>v.<br><br>SIMM ASSOCIATES, INC.,<br><br>        Defendant. | CIVIL ACTION NO.  12-CV-11146-FDS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| ROY LLOYD,<br>By his Attorneys,<br><br>/s/Kenneth D. Quat<br>Kenneth D. Quat<br>BBO# 408640<br>Quat Law Offices<br>678 Massachusetts Avenue, Suite 702<br>Cambridge, MA 02129<br>Telephone:  617-492-0522<br>Email:  kquat@quatlaw.com | SIMM ASSOCIATES, INC.<br>By its Attorney,<br><br>/s/John J. O'Connor<br>John J. O'Connor<br>BBO# 555251<br>PEABODY & ARNOLD<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Telephone:  617-951-2100<br>Email:  joconnor@peabodyarnold.com |

ROY LLOYD,
By his Attorneys,

/s/Christian A. Gonsalves
Christian A. Gonsalves
Post Office Box 110
East Boston, MA  02128
Telephone: 617-970-1301
Email:  gonsalveslaw@gmail.com

2

**CERTIFICATE OF SERVICE**

      I, John J. O'Connor, hereby certify that I have this 29th day of July, 2013, served the foregoing by causing a copy thereof, to be sent via ECF to the following attorney of record:

    Kenneth D. Quat, Esq.
    Quat Law Offices
    678 Massachusetts Avenue, Suite 702
    Cambridge, MA  02139

    Christian A. Gonsalves, Esq.
    Post Office Box 110
    East Boston, MA  02128

                                                  /s/ John J. O'Connor
                                                  John J. O'Connor

803061_1
15133-96561